

O'MELVENY & MYERS LLP
ANDREW FRACKMAN (AF-4276)
Times Square Tower
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

O'MELVENY & MYERS LLP
BRIAN M. BERLINER, *pro hac vice*
JEFFREY A. FEHERVARI, *pro hac vice*
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Defendant
BUFF AND SHINE MANUFACTURING, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| DEDICATION TO DETAIL, INC., | : | CIVIL ACTION NO. 05-CV5709 (RMB) |
| Plaintiff-Counterdefendant, | : | Hon. Renee M. Bumb |
| v. | : | Magistrate Judge Rosen |
| BUFF AND SHINE MANUFACTURING, INC. | : | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER *and* THEREON, DISMISSING CASE |
| Defendant-Counterclaimant. | : | WITH PREJUDICE |
| | : | |
| | : | |

Pursuant to the Settlement Agreement dated August 18, 2006 ("Settlement Agreement") between Plaintiff-Counterdefendant Dedication to Detail, Inc. ("Dedication") and Defendant-Counterclaimant Buff and Manufacturing, Inc. ("Buff and Shine"), the parties hereby stipulate and request that the Court dismiss, with prejudice, each of the claims and counterclaims presently pending in the above-entitled action.

Counsel further stipulate, as specified in the Settlement Agreement, that neither the settlement of this action nor this Stipulation of Dismissal may be construed as an admission of wrongdoing by either party. Furthermore, Buff and Shine retains the right to challenge the validity or enforceability of U.S. Design Patent No. D 367,743, dated March 5, 1996 to Krause, et al. (the "Patent"),

whether by defense, affirmative defense, counterclaim or declaratory relief action,

in any subsequent legal action or proceeding involving the Patent.

IT IS SO STIPULATED:

Dated:  August 22, 2006

NORMAN E. LEHRER, P.C.
Norman E. Lehrer, Esq.
1205 North Kings Highway
Cherry Hill, NJ  08034
Telephone:  856-429-4100

By: _____
        Norman E. Lehrer

Counsel for Plaintiff-Counterdefendant
Dedication to Detail, Inc.

O'MELVENY & MYERS LLP
ANDREW FRACKMAN
Times Square Tower
7 Times Square
New York, New York  10036
Telephone:  (212) 326-2000

By: _____
        Andrew Frackman

Counsel for Defendant-Counterclaimant
Buff and Shine Manufacturing, Inc.


[PROPOSED]
ORDER

IT IS HEREBY ORDERED THAT, pursuant to a settlement of the above-

entitled action by the parties, and the foregoing stipulation between counsel, this

case is hereby DISMISSED WITH PREJUDICE.

_____
Hon. Renee M. Bumb
United States District Judge